```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21-CR-00005-PAE-1
     -against-                       :   ORDER
                                     :
Keith Brissett                       :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Paul A. Engelmayer, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to now include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
April 6, 2021

                                          SO ORDERED:

                                      _____
                                      Paul A. Engelmayer
                                      United States District Judge