UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 21-CR-05 (PAE) |
| KEITH BRISSETT, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified by the United States Probation Department that defendant Keith Brissett, who is scheduled to self-surrender on March 1, 2022, has been arrested on state charges and is presently in custody on those charges. The Court is contemplating an order withdrawing the self-surrender date, and directing that Mr. Brissett be remanded to federal custody immediately, such that he would be transferred to federal custody immediately upon his release from state custody, and if he has already been released from state custody, directing him to self-surrender forthwith. The Court directs Government and defense counsel to submit letters, due by the close of business Tuesday, January 25, 2022, setting forth their views.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 24, 2022
　　　　　New York, New York