UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KEITH BRISSETT,

Defendant.

21-CR-05 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court, having reviewed the parties' letters, dated January 24, 2022 (Dkt. No. 36) and January 25, 2022 (Dkt. No. 37), REVOKES the previously entered surrender date, and ORDERS that the defendant surrender to the United States Marshal for this District no later than **12:00 p.m.** on **January 28, 2022**.  Defense counsel is to furnish this order to Mr. Brissett forthwith. The Clerk of Court is requested to terminate the motion at Dkt. No. 37.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 25, 2022
New York, New York